JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/25/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER VALENZUELA,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **NATIONAL CREDIT ADJUSTERS L.L.C.,** and **DOES 1** through **10,** inclusive, <br><br> Defendant. | Case No. **8:17-cv-00790-MWF-AFM** <br><br> **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class. Each party shall bear their own costs and expenses.

Dated: October 25, 2017

Honorable Michael W. Fitzgerald
United States District Judge